IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW ALLEN MCCLURE | **UNITED STATES' MOTION TO UNSEAL INDICTMENT AND WARRANT**<br><br>Case No. 1:26-cr-00010 |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and David D. Hagler, Assistant United States Attorney, moves this Court to issue an order unsealing the redacted Indictment and Arrest Warrant for Matthew Allen McClure. (Doc. Nos. 2 and 3). On January 7, 2026, the above-referenced Indictment was filed against the defendant and an Arrest Warrant was placed under seal.

The defendant is in State custody at the Ward County Jail on charges including those related to the charges in the federal Indictment. *See* Ward County Case No. 51-2025-cr-00914. The Ward County State's Attorney intends to move to dismiss the State charges based on the instant Indictment.

Therefore, the United States requests that this Court enter an order to unseal the redacted indictment and arrest warrant to permit the Ward County State's Attorney to cite the Indictment in this matter in support of their motion to dismiss the State charges.

Dated:  January 13, 2026

                                NICHOLAS W. CHASE
                                United States Attorney

By:    */s/ David D. Hagler*
        DAVID D. HAGLER
        Assistant United States Attorney
        ND Bar ID 04696
        P.O. Box 699
        Bismarck, ND  58502-0699
        (701) 530-2420
        David.Hagler@usdoj.gov
        Attorney for United States